# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DAVID WADE FOY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL.

CIVIL ACTION

17-400-SDD-EWD

## RULING

The Court, after carefully considering the *Notice*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 29, 2018, to which an objection[3] has been filed and reviewed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute under Local Civil Rule 41(b). Reinstatement of this action within thirty (30) days shall be permitted upon a showing of good cause by the Plaintiff. Willie Zanders, counsel for Plaintiff, is hereby sanctioned $500.00 for failing to comply with the Court's *Order* to file a motion for voluntary dismissal following his representations to the Court on September 28, 2018 and for failing to respond to the *Order to Show Cause* that was issued on October 16, 2018.

Signed in Baton Rouge, Louisiana on December 13, 2018.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Doc. 28.